IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Barnett, Marlo D

Printed: 11/04/08

Case Number: 08 B 01142
Judge: Goldgar, A. Benjamin
Filed: 1/18/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 23, 2008
Confirmed: April 15, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,650.00 |  |
| Secured: |  | 1,547.70 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 102.30 |
| Other Funds: |  | 0.00 |
| Totals: | 1,650.00 | 1,650.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,694.00 | 0.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Onyx Acceptance Corp | Secured | 11,217.51 | 1,307.18 |
| 4. | Monterey Financial Services | Secured | 1,023.32 | 240.52 |
| 5. | Wells Fargo Home Mortgage | Secured | 12,023.44 | 0.00 |
| 6. | Capital One | Unsecured | 122.88 | 0.00 |
| 7. | Target National Bank | Unsecured | 44.21 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 54.11 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 79.60 | 0.00 |
| 10. | Monterey Financial Services | Unsecured | 300.45 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 51.29 | 0.00 |
| 12. | Illinois Student Assistance Commission | Unsecured | 3,128.52 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 276.00 | 0.00 |
| 14. | Cook County Treasurer | Secured | | No Claim Filed |
| 15. | Citibank | Unsecured | | No Claim Filed |
| 16. | Credit Management Co. | Unsecured | | No Claim Filed |
| 17. | Credit Protection Association | Unsecured | | No Claim Filed |
| 18. | DSNB | Unsecured | | No Claim Filed |
| 19. | Debt Credit Service | Unsecured | | No Claim Filed |
| 20. | Chicago State University | Unsecured | | No Claim Filed |
| 21. | QC Financial Services | Unsecured | | No Claim Filed |
| 22. | TCF Bank | Unsecured | | No Claim Filed |
| 23. | Valentine & Kebartas Inc | Unsecured | | No Claim Filed |
| 24. | Village of Evergreen Park | Unsecured | | No Claim Filed |
| | | | $ 31,015.33 | $ 1,547.70 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Barnett, Marlo D

Printed: 11/04/08

Case Number:  08 B 01142
Judge:  Goldgar, A. Benjamin
Filed:  1/18/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 24.30 |
| 6.5% | 78.00 |
|  | $ 102.30 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

